**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**ELECTRONICALLY FILED**

LIBERTY MUTUAL INSURANCE )
COMPANY )
        )
        *Plaintiff* )
        )   Civil Action No. 2:18-CV-0053-WOB-CJS
        )
v.      )
        )
MEADOWS AT FARMVIEW )
COUNCIL OF CO-OWNERS, INC., et al. )
        )
        *Defendants* )
_____ )

## JOINT STATUS REPORT

Come the parties, Plaintiff, Liberty Mutual Insurance Company and Defendants,

Meadows at Farmview Council of Co-Owners, Inc., and Middlesex Mutual Assurance

Company, by counsel, and for their joint status report hereby state as follows:

The parties have reached a settlement on all claims and have reduced their

agreement to writing. The settlement funds have been paid, but the release has not yet

been signed by Plaintiff. Once the release has been signed, the parties will promptly file

an agreed order of dismissal of this action.

Respectfully submitted,

/s/ Aida Almasalkhi
Charles H. Cassis, Esq.
Aaron J. Silletto, Esq.
Aida Almasalkhi, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
PH: (502) 589-4440 / FAX: (502) 581-1344
aalmasalkhi@goldbergsimpson.com
*Counsel for Plaintiff*

And

/s/ R. Tracy Starnes
R. Tracy Starnes, Esq.
Kopka Pinkus Dolin, PC
301 E. Main Street
Lexington, KY 40507
PH: (859) 368-8999 / FAX: (859) 368-3772
rstarnes@kopkalaw.com
*Counsel for Defendants*