UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
ELECTRONICALLY FILED

Eastern District of Kentucky
**FILED**

JAN -7 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>MEADOWS AT FARMVIEW )<br>COUNCIL OF CO-OWNERS, INC., et al. )<br>)<br>*Defendants* ) | Civil Action No. 2:18-CV-0053-WOB-CJS |

## AGREED ORDER OF DISMISSAL

By agreement of the parties hereto, Plaintiff, Liberty Mutual Insurance Company, by counsel, and Defendants, Meadows at Farmview Council of Co-Owners, Inc., and Middlesex Mutual Assurance Company, by counsel, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY AGREED, ORDERED, AND ADJUDGED that any and all claims asserted by the Plaintiff against Defendants, Meadows at Farmview Council of Co-Owners, Inc., and Middlesex Mutual Assurance Company are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

This is a final and appealable order and there is no just cause for delay.

William C. Bertelsman
JUDGE, U.S. DISTRICT COURT

DATE: 1-7-19

HAVE SEEN AND AGREED:

/s/ Aida Almasalkhi
Charles H. Cassis, Esq.
Aaron J. Silletto, Esq.
Aida Almasalkhi, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
PH: (502) 589-4440 / FAX: (502) 581-1344
aalmasalkhi@goldbergsimpson.com
*Counsel for Plaintiff*

/s/ R. Tracy Starnes (AA w/ permission)
R. Tracy Starnes, Esq.
Kopka Pinkus Dolin, PC
301 E. Main Street
Lexington, KY 40507
PH: (859) 368-8999 / FAX: (859) 368-3772
rstarnes@kopkalaw.com
*Counsel for Defendants*